Louis Henry, Respondent, v. The City of Saratoga Springs, Appellant. — Motions denied.

International Paper Company, Respondent, v. William Rockefeller, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Smith, P. J., not voting, not being a member of the court at the time of the decision; Cochrane, J., not sitting.

James Kelly v. Elmira Realty Company.— Motion denied.

Paul Kratka, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., who dissented.

Frank Lynch, Respondent, v. George B. Lewis, Appellant.— Judgment and order unanimously affirmed, with costs.

Frank E. Mason and Ernest S. Mason, Respondents, v. Hannan & Henry Motor Car Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Orrin Merritt, Respondent, v. The Loomis Opera House Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Frederick W. Mersereau and Another, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Dianna Camp, Deceased, and Others, Respondents. (Action No. 2.) Frederick W. Mersereau and Another, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Dianna Camp, Deceased, and Others, Respondents. (Action No. 3.) — Judgments unanimously affirmed, with costs. Woodward, J., not sitting.

John H. Murray, Appellant, v. John F. Dolan Contracting Company, Respondent.— Order reversed on the ground that the case was properly noticed for trial at an adjourned term of the trial court, with ten dollars costs and disbursements, and motion denied, without costs. All concurred.

In the Matter of the Claim of Bridget Carroll for Compensation for Herself and Children for the Death of Myles Carroll under the Workmen's Compensation Law, Claimant, Respondent, v. Knickerbocker Ice Company, Employer, Appellant.— Motion granted. Question certified: Upon the record is the claimant entitled to an award?

In the Matter of the Claim of Catherine Gimber for Compensation Arising Out of the Death of Charles Gimber, Deceased, Respondent, v. T. P. Kane & Company, Employer, and Fidelity and Deposit Company of Maryland, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of Mary McIntyre, Claimant, Respondent, v. Hilliard Hotel Company and The Fidelity and Casualty Company of New York, Appellants.— Motion for reargument denied. Motion for leave to go to the Court of Appeals and to certify that in the opinion of this court a question of law is involved which ought to be reviewed by the Court of Appeals granted.

In the Matter of the Claim of Marie Nicholson, Respondent, for Compensation for Herself and Three Minor Children, v. A. Klipstein & Company, Employer, and The United States Fidelity and Guaranty Company, Insurance Carrier, Appellants.— Award unanimously affirmed.